068/212

PARCEL 401

D-65 ... 212

**This Deed,** Made this thirty-first day of October in the year of our LORD one thousand nine hundred and sixty-one

BETWEEN, PIERCE, ELLISON PETROLEUM COMPANY, a Corporation of the State of Delaware, party of the first part,

A N D

DIAMOND STATE SALVAGE COMPANY, a Corporation of the State of Delaware, party of the second part,

**Witnesseth,** That the said party of the first part, for and in consideration of the sum of TEN DOLLARS ($10.00) and other valuable consideration, lawful money of the United States of America, the receipt whereof is hereby acknowledged, hereby grants and conveys unto the said party of the second part, its successors and assigns,

**ALL**

That certain lot, piece or parcel of land, with the buildings and all of the improvements thereon erected, situate in the City of Wilmington, New Castle County and State of Delaware, more particularly bounded and described as follows, to wit:

BEGINNING at the corner formed by the intersection of the Southerly side of Fourteenth Street extended and the Easterly side of Spruce Street, extended; thence Northwesterly along said side of Fourteenth Street extended, to its intersection with the line of land now or late of Jessup and Moore Paper Company; thence Southerly or Southwesterly by line of said land now or late of Jessup and Moore Paper Company to low water mark in the Brandywine Creek; thence down said Creek its various courses and distances by low water mark thereof the following new channels of said Creek in a Southerly or Southeasterly direction to its point of intersection with the said Easterly side of Spruce Street extended; and thence Northerly or Northeasterly along said side of Spruce Street, extended, to the point of BEGINNING. Be the contents thereof what they may.

SUBJECT, NEVERTHELESS, to the right of way and all the estate, right, title and interest of the Philadelphia, Baltimore and Washington Railroad Company of, in and to that part of its Brandywine Branch which runs through the said tract or piece of land.

TOGETHER with the right to use a right of way twenty feet wide, leading to and from the said tract, piece or parcel of land and premises, hereinabove described, Northerly parallel with an extension of Pine Street and adjacent to the Westerly line of such extension, to the bed of Pine Street, as now opened, laid out and improved, the intention being that the said right of way twenty feet wide, shall be and is located and laid out on the natural surface of the land suitable for the exercise of such rights, but as near the bed of Pine Street extended as possible; provided, further, however, that the grant herein contained of the right to use said twenty feet wide right of way shall cease and determine when and as soon as Pine Street shall be opened, improved and ready for travel to a point contiguous to said tract, piece or parcel of land herein described and conveyed, and provided further that the said right of way shall be used by the party of the second part hereto, its successors and assigns, in common with others entitled to use the same.

Attachment "1".



0-68 - 211

BEING the same lands and premises which George C. Hering, Jr. and Helen B. Hering, his wife, by deed dated September 2?, 1?40, and recorded in the Office for the recording of deeds, in and for New Castle County and State of Delaware in Deed Record R, Volume 42, page 40?, did grant and convey unto the said Pierce, Ellison Petroleum Company.

**In Witness Whereof,** the said PIERCE, ELLISON PETROLEUM COMPANY hath caused its name by IRVIN SHERR its President to be hereunto set, and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by its Secretary, the day and year first above written.

PIERCE, ELLISON PETROLEUM COMPANY

Sealed and Delivered in the Presence of

BY: [signature] President

[signature]

ATTEST: [signature] Secretary

State of Delaware,
NEW CASTLE County } ss.

Be it Remembered, That on this 31st day of October in the year of our LORD one thousand nine hundred and sixty-one personally came before me the subscriber, a Notary Public for the State of Delaware Irvin Sherr President of Pierce, Ellison Petroleum Company

a corporation existing under the laws of the State of Delaware, party to this Indenture, known to me personally to be such, and acknowledged this Indenture to be his act and deed and the act and deed of said corporation, that the signature of the President thereto is in his own proper handwriting and the seal affixed is the common and corporate seal of said corporation, and that his act of sealing, executing, acknowledging and delivering said Indenture was duly authorized by a resolution of the Board of Directors of said corporation.

GIVEN under my Hand and Seal of office, the day and year aforesaid.

[signature]
Notary Public

[illegible] Nov 1 [illegible]

PARCEL 414

760 436

# This Deed, Made this

11-176

27th day of October in the year of our LORD one thousand nine hundred and eighty-eight

BETWEEN HERBERT SHEAR and BARBARA KLEGER, of New Castle County, State of Delaware, parties of the first part,

AND

DIAMOND STATE SALVAGE COMPANY, a corporation of the State of Delaware, party of the second part,

Witnesseth, That the said parties of the first part, for and in consideration of the sum of TEN DOLLARS ($10.00) lawful money of the United States of America, the receipt whereof is hereby acknowledged, hereby grant and convey unto the said party of the second part, its successors and assigns, all their right, title and interest in and to

ALL that certain lot, piece or parcel of land, situate in the City of Wilmington, New Castle County, State of Delaware, more particularly bounded and described according to a survey made April 24, 1952, by VanDemark & Lynch, Inc., of Wilmington, Delaware, as follows, to-wit:

BEGINNING at a corner for lands now or formerly of Howard S. Abbot and in the Southwesterly right of way line of the Brandywine Branch of the Philadelphia, Baltimore and Washington Railroad Company, said point of Beginning being distant the following described courses and distances from a stone monument in the intersection of the center line of Church Street (at fifty feet wide) with the original center line of Fourteenth Street; (1) Southwesterly along center line of said Church Street, ninety-seven and eighty-six hundredths feet to a point in said Southwesterly right of way line of the Brandywine Branch of the Philadelphia, Baltimore and Washington Railroad Company and (2) thereby in a Northwesterly direction, one hundred seventy-five feet and seven hundredths feet to the said point of Beginning; thence from said point of Beginning continuing along said Southwesterly right of way line of the Brandywine Branch of the Philadelphia, Baltimore and Washington Railroad Company, one hundred and fifty feet to a stone monument in the Southeasterly side of Spruce Street (at fifty feet wide); thence thereby and passing over an iron pipe at a distance of two hundred and eighty feet, a total distance of three hundred and twelve feet more or less, to the low-water mark of the Brandywine River; thence Southwesterly along said low-water mark of the Brandywine River by the various courses and distances thereof to a point, distant by a tie-line, one hundred fifty-two and ninety-five hundredths feet from the last described point; thence Northeasterly and parallel with said center line of Church Street and passing over a pipe at a distance of thirty-five feet, more or less, a total distance of three hundred fifty-five feet, more or less, to said Southwesterly right of way line of the Brandywine Branch of the Philadelphia, Baltimore and Washington Railroad Company and to the point and place of Beginning. Be the contents thereof what they may.

BEING the same lands and premises which Anna Shear, widow, by the following two indentures: (1) Dated December 28, 1973, recorded in the Office of the Recorder of Deeds, in and for New Castle County, in Deed Record 3, Volume 88, Page 6, and (2) Dated January 3, 1974, recorded in Deed Record 3, Volume 86, Page 323, granted and conveyed unto Herbert Shear, Ruth S. Albert and Barbara Kleger, as tenants in common.

[illegible] Albert ... Indenture dated April 1, 1976, recorded in Deed Record 3, Volume 92, Page 69, granted and conveyed all their right, title and interest in said property to Herbert Shear and Barbara Kleger, as tenants in common.

Address of Grantee:
Diamond State Salvage Company
14th and Church Streets
Wilmington, DE 19802

Tax Parcel No. 2603610414

DOCUMENTARY SURCHARGE PAID $3.00

In Witness Whereof, the said parties of the first part have hereunto set their hands and seals.

Sealed and Delivered in the Presence of

[signature] Herbert Shear (SEAL)

[signature] Barbara Kleger (SEAL)

State of Delaware,
NEW CASTLE County, } ss.

Be It Remembered, That on the 27th day of October in the year of our LORD one thousand nine hundred and eighty-eight personally came before me, the subscriber, a Notary Public for the State of Delaware, HERBERT SHEAR and BARBARA KLEGER parties to this Indenture, known to me personally to be such, and severally acknowledged this Indenture to be their Deed.

GIVEN under my Hand and Seal of office the day and year aforesaid.

[signature] Attorney-at-Law, Notary Public

CITY OF WILMINGTON
Realty Transfer Tax
10-27-88

RECORDED ... OCT 28 1988



REGISTERED — BOARD OF ASSESSMENT, NEW CASTLE COUNTY

# This Deed, Made this

11477 27th day of October in the year of our LORD one thousand nine hundred and eighty-eight

BETWEEN HERBERT SHEEN and BARBARA KLEGER, of New Castle County, State of Delaware, parties of the first part,

AND

DIAMOND STATE SALVAGE COMPANY, a corporation of the State of Delaware, party of the second part.

**Witnesseth,** That the said parties of the first part, for and in consideration of the sum of TEN DOLLARS ($10.00) lawful money of the United States of America, the receipt whereof is hereby acknowledged, hereby grant and convey unto the said party of the second part, its successors and assigns, all their right, title and interest in and to

**ALL** that certain tract or piece of land, situate in the City of Wilmington, New Castle County and State of Delaware, bounded and described as follows, to-wit:

BEGINNING at a point formed by the intersection of the Westerly side of Church Street with the Southerly line of the Brandywine Branch of the Pennsylvania Railroad System, said point being at the distance of seventy-five feet three and three-quarter inches from the Southerly side of Fourteenth Street, measured along the said Westerly side of Church Street; thence in a Westerly direction along the Southerly line of the Brandywine Branch of the Pennsylvania Railroad System one hundred and fifty feet to a point, a corner for this land and the land retained by Henry M. Taylor, Jr. and Edith B. Taylor, his wife; thence Southerly and parallel with Church Street, being in the line of said lands retained by Henry M. Taylor, Jr. and Edith B. Taylor, his wife, three hundred and fifty feet, more or less, to the low-water mark on the Brandywine Creek; thence down said Creek its various courses and distances by the low-water mark thereof and following the new channel of said Creek in a Southerly direction to its point of intersection with the said Westerly side of Church Street; and thence thereby Northerly four hundred and fifty-five feet, more or less, to the point and place of Beginning. Be the contents thereof what they may.

TOGETHER with all right, title and interest of said party of the first part in and to any and all streets, roads, railroads, railroad sidings, tracks, switches, trestles, alleys, ways, sewers or drains bounding upon or extending to, through, upon or over the said described premises.

BEING the same lands and premises which Brandywine Dealers Reserve, Inc., a Delaware corporation, by its Indenture dated January 3, 1974, recorded in the Office of the Recorder of Deeds, in and for New Castle County, in Deed Record S, Volume 88, Page 391, granted and conveyed unto Herbert Sheen, as to a one-half interest, Barbara Kleger as to a one-fourth interest and Ruth S. Albert as to a one-fourth interest, as tenants in common. Ruth S. Albert and Lawrence Albert, her husband, by Indenture dated April 1, 1976, recorded in the Office of the Recorder of Deeds aforesaid, in Deed Record S, Volume 88, Page 97, conveyed her one-fourth interest to Barbara Kleger.

Address of Grantee:
Diamond State Salvage Company
14th and Church Streets
Wilmington, DE 19802

Tax Parcel No. 2603610415

**In Witness Whereof,** the said parties of the first part have hereunto set their hands and seals

Sealed and Delivered in the Presence of

Herbert Sheen (SEAL)

Barbara Kleger (SEAL)

DOCUMENTARY SURCHARGE PAID $3.00

State of Delaware, NEW CASTLE County, ss.

**Be It Remembered,** That on the 27th day of October in the year of our LORD one thousand nine hundred and eighty-eight personally came before me, the subscriber, a Notary Public for the State of Delaware, HERBERT SHEEN and BARBARA KLEGER,

parties to this Indenture, known to me personally to be such, and severally acknowledged this Indenture to be their deed.

GIVEN under my Hand and Seal of office, the day and year aforesaid.

Notary Public

CITY OF WILMINGTON — 11/1/88